THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | IN BANKRUPTCY |
| | ) | |
| BELMAR, LLC | ) | CASE NO. 10-71034 |
| | ) | |
| DEBTOR. | ) | |

NOTICE OF HEARING

THE DEBTOR, by its attorney, BERNARD J NATALE, has filed papers with the Court for the:
APPLICATION FOR FINAL DECREE
AND ORDER OF SUBSTANTIAL CONSUMMATION

Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.) If you desire a copy of the Application, please contact the undersigned and one will be sent to you.

If you do not want the Court to grant the Application and want the Court to consider your views on said Application, you or your attorney must:

1. File a written response to the above Application or before the date set for the hearing on the Application at the U.S. Bankruptcy Court, 211 S. Court Street, Rockford, IL; OR
2. Attend the hearing scheduled to be **Wednesday, March 2, 2011 @ 10:30 a.m.** in the United States Bankruptcy Court, 211 S. Court Street, Rockford, Illinois.

If you mail your Response to the court for filing, you must mail it early enough so the court will receive it on or before the date stated above.

You must also mail a copy to:   BERNARD J NATALE, LTD
BERNARD J. NATALE
6833 Stalter Drive, Ste 201
Rockford, Illinois 61108
815-964-4700

If you or your attorney do not take these steps, the court may decide that you do not oppose the Motion and grant the same.

Date: January 27, 2011

/S/ BERNARD J NATALE
BERNARD J. NATALE
6833 Stalter Drive, Ste 201
Rockford, Illinois 61108

**PROOF OF SERVICE**

STATE OF ILLINOIS )
) SS
COUNTY OF WINNEBAGO )

    The undersigned, being first duly sworn on oath deposes and states that she served the attached by placing a true and correct copy of said notice of **HEARING ON APPLICATION FOR FINAL DECREE AND ORDER OF SUBSTANTIAL CONSUMMATION** in each envelope, addressed as attached:

    SEE MATRIX
**(EXCEPT AS TO THOSE PARTIES TO RECEIVE ELECTRONIC NOTICE AS STATED IN THE U.S. BANKRUPTCY CLERK'S RECEIPT)**

    That she sealed said envelopes and placed sufficient U.S. postage on them; that she deposited said envelopes so sealed and stamped in the United States Mail at Rockford, Illinois, at or about the hour of 5:00 p.m. on the 27th day of January, 2011.

    /s/   Mary D. Magnuson

Subscribed and sworn to before me
this 27th day of January, 2011.

    /s/  Denise M. Bennett
Notary Public

My commission expires:  June 14, 2015.

Alpine Bank
PO Box 6086
Rockford, IL 61125

Waterford Commercial Real Estate &
Property Management Group, LLC
1996 Davis Dr
Belvidere, IL 61008

Attorney Peter Smith
1958 Abderdeen Court, Suite 1
Sycamore, IL 60178

Attorney Thomas Sandquist
WilliamsMcCarthy LLP
120 W. State Street, Suite 400
Rockford, IL 61101

Boone County Treasurer
1212 Logan Avenue
Suite 104
Belvidere, IL 61008-4033

Coin Mach
124 B Messner Drive
Wheeling, IL 60090

DNA Communications
601 1st Avenue
Rochelle, IL 61068

Joey Sanfilippo
40 W 387 Carl Sandburg Rd
Saint Charles, IL 60175

John Sanfilippo
1362 Corrigan Street
Elburn, IL 60119

Veolia
PO Box 6484
Carol Stream, IL 60197-6484

Vista Securities, Inc.
PO Box 1452
Decatur, IL

THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | IN BANKRUPTCY |
| | ) | |
| BELMAR, LLC | ) | CASE NO. 10-71034 |
| | ) | |
| DEBTOR. | ) | |

### APPLICATION FOR FINAL DECREE
### AND ORDER OF SUBSTANTIAL CONSUMMATION

NOW COMES the Debtor, BELMAR, LLC, by its attorney, BERNARD J. NATALE, and applies to this Court for a Final Decree and an Order declaring the Amended Plan and Stipulation to Modify the Claim of Alpine Bank to have been substantially consummated.

Class I creditors (Administrative claims) whose claims to date certain have been allowed by Orders of the Bankruptcy Court and have been paid in full.

Class II creditor (BOONE COUNTY TREASURER [Property taxes]) have been paid by secured creditor Alpine Bank pursuant to the terms and conditions of the Debtor's confirmed Amended Plan of Reorganization and Stipulation to Modify the Claim of Alpine Bank.

Class III creditor (ALPINE BANK [Secured claim]) is being paid pursuant to the Debtor's confirmed Plan of Reorganization and Stipulation to Modify the Claim of Alpine Bank.

Class III(A) creditor (DIGITAL NETWORK ACCESS COMMUNICATIONS, INC. [Secured claim]) will be paid pursuant to the Debtor's confirmed Amended Plan of Reorganization and Stipulation to Modify the Claim of Alpine Bank.

Class IV creditor (Priority claims) – None.

Class V creditor (Executory Contracts and Unexpired Leases – Waterford Management Group) – Contract has been assumed pursuant to Debtor's confirmed Plan of Reorganization and Stipulation to Modify the Claim of Alpine Bank.

Class VI creditor (Unsecured claims) shall be paid pursuant to Debtor's confirmed Amended Plan of Reorganization and Stipulation to Modify the Claim of Alpine Bank.

Attached hereto as Exhibit "A" is a list of payments to creditors made to date pursuant to the terms and conditions of the confirmed Amended Plan of Reorganization and Stipulation to Modify the Claim of Alpine Bank.

**WHEREFORE**, the Debtor requests that the Court enter a Final Decree and Order declaring the Amended Plan of Reorganization and Stipulation to Modify the Claim of Alpine Bank to have been substantially consummated.

**The undersigned verify that the foregoing is true and correct to the best of our knowledge, information and belief, and declare, under penalty of perjury, that we have read the foregoing Application for Final Decree and Order of Substantial Consummation and any attachments hereto**.

Dated:  January 27, 2011                              **BELMAR, LLC**

                                                       /s/    **JOEY SANFILIPPO**
                                                      By: JOEY SANFILIPPO, Its Manager

PREPARED BY:

ATTORNEY BERNARD J. NATALE
BERNARD J. NATALE, LTD.
6833 STALTER DRIVE
SUITE 201
ROCKFORD, ILLINOIS 61108
(815) 964-4700