# UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### WESTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | IN BANKRUPTCY |
| | ) | |
| BELMAR, LLC | ) | CASE NO. 10-71034 |
| | ) | |
| DEBTORS | ) | CHAPTER 11 |

## NOTICE OF APPLICATION FOR AWARD OF FINAL ATTORNEY FEES

THE DEBTOR(S), BY IT'S/THEIR ATTORNEY BERNARD J. NATALE, has/have filed papers with the Court for the: **APPLICATION FOR AWARD OF FINAL ATTORNEY FEES.**

Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.) If you desire a copy of the Motion, please contact the undersigned and one will be sent to you.

If you do not want the Court to grant the Motion and want the Court to consider your views on said Motion, you or your attorney must:

1. File a written response to the above Motion or before the date set for the hearing on the Motion at the U.S. Bankruptcy Court, 211 S. Court Street, Rockford, IL; OR
2. Attend the hearing scheduled to be held **Wednesday, March 2, 2011 at 10:30 a.m.** in the United States Bankruptcy Court, 211 S. Court Street, Rockford, Illinois.

If you mail your Response to the court for filing, you must mail it early enough so the court will receive it on or before the date stated above.

You must also mail a copy to:  BERNARD J. NATALE, LTD.
BERNARD J. NATALE
6833 Stalter Drive – Ste. 201
Rockford, Illinois 61108
815/964-4700

If you or your attorney do not take these steps, the court may decide that you do not oppose the Motion and grant the same.

Date: January 27, 2011

/s/ **BERNARD J. NATALE**
BERNARD J. NATALE
6833 Stalter Drive – Ste. 201
Rockford, Illinois 61108

## PROOF OF SERVICE

STATE OF ILLINOIS              )
                               )  SS
COUNTY OF WINNEBAGO            )


The undersigned, being first duly sworn on oath deposes and states that she served the attached by placing a true and correct copy of said notice of **APPLICATION FOR AWARD OF FINAL ATTORNEY FEES** in each envelope, addressed as attached:

    SEE MATRIX

**(EXCEPT AS TO THOSE PARTIES TO RECEIVE ELECTRONIC NOTICE AS STATED IN THE U.S. BANKRUPTCY CLERK'S RECEIPT)**


That she sealed said envelopes and placed sufficient U.S. postage on them; that she deposited said envelopes so sealed and stamped in the United States Mail at Rockford, Illinois, at or about the hour of 5:00 p.m. on the 27th day of January, 2011.

                                                  /S/   Mary D. Magnuson


Subscribed and sworn to before me
this 27th day of January, 2011.


/s/  Denise M. Bennett
Notary Public

My commission expires:  June 14, 2015.

Alpine Bank
PO Box 6086
Rockford, IL 61125

Waterford Commercial Real Estate &
Property Management Group, LLC
1996 Davis Dr
Belvidere, IL 61008

Attorney Peter Smith
1958 Abderdeen Court, Suite 1
Sycamore, IL 60178

Attorney Thomas Sandquist
WilliamsMcCarthy LLP
120 W. State Street, Suite 400
Rockford, IL 61101

Boone County Treasurer
1212 Logan Avenue
Suite 104
Belvidere, IL 61008-4033

Coin Mach
124 B Messner Drive
Wheeling, IL 60090

DNA Communications
601 1st Avenue
Rochelle, IL 61068

Joey Sanfilippo
40 W 387 Carl Sandburg Rd
Saint Charles, IL 60175

John Sanfilippo
1362 Corrigan Street
Elburn, IL 60119

Veolia
PO Box 6484
Carol Stream, IL 60197-6484

Vista Securities, Inc.
PO Box 1452
Decatur, IL

UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | IN BANKRUPTCY |
| | ) | |
| BELMAR, LLC | ) | CASE NO. 10-71034 |
| | ) | |
| DEBTORS | ) | CHAPTER 11 |

### APPLICATION FOR AWARD OF FINAL ATTORNEY FEES

NOW COMES BERNARD J. NATALE, the attorney for the debtor, BELMAR, LLC, and submits this Motion for Award of Final Attorney Fees, and states as follows:

1. The Debtor filed a voluntary petition under Chapter 11 of the United States Bankruptcy Code on March 5, 2010.

2. Your applicant was approved to act as attorney for the Debtors on March 31, 2010.

3. The Debtor's Amended Plan of Reorganization and Stipulation to Modify the Claim of Alpine Bank was confirmed December 21, 2010.

4. The Debtor paid Attorney BERNARD J. NATALE the sum of $11,000.00 as a pre-petition retainer, out of which was subtracted the sum of $1,039 for the Chapter 11 filing fee. Your applicant was paid $2,783.03 in pre-petition fees leaving a trust account balance of $7,177.97.

5. Your applicant, Attorney BERNARD J. NATALE, was awarded interim fees on October 6, 2010 in the amount of $12,214.18, of which amount $5,677.97 was applied from a trust account, leaving a trust account balance of $1,500.00.

6. Your applicant, Attorney BERNARD J. NATALE, has provided certain and actual legal services to the debtor and to the estate, the general nature of which is herein described as set forth in detail in Exhibit "A", attached hereto and made a part hereof. The hourly rate for counsel is $300.00.

7. Based upon the nature, extent and value of services performed to date by your applicant and the cost of comparable services other than that in a case under this title, the reasonable final compensation for services for Attorney BERNARD J. NATALE for the period September 1, 2010 through December 21,

    2010 is $7,520.00, plus expenses of $108.57, for a total award of $7,628.57.

8. Upon award of final fees and expenses, your applicant prays that the Debtor be ordered to pay the balance of $7,628.57.

**WHEREFORE**, your applicant prays that after notice and a hearing the Court authorize payment of final attorney fees to Attorney BERNARD J. NATALE in the sum of $7,520.00, plus expenses of $108.57, for a total award of $7,628.57 for the period of September 1, 2010 through December 21, 2010, and that Debtor pay the balance of $7,628.57 upon Order of this Court.

Date:  January 27, 2011

                                            /S/        **BERNARD J. NATALE**
                                            BERNARD J. NATALE, Attorney for the Debtor, BELMAR, LLC

PREPARED BY:

ATTORNEY BERNARD J. NATALE
BERNARD J. NATALE, LTD.
6833 STALTER DRIVE
SUITE 201
ROCKFORD, IL  61108
(815) 964-4700